1  WO

5 **IN THE UNITED STATES DISTRICT COURT**

6 **FOR THE DISTRICT OF ARIZONA**

8  John James Parsons,  No.  CV 13-0718-PHX-RCB (JFM)

9  Plaintiff,

10  vs.  **ORDER FOR PAYMENT**

11  State of Arizona, et al.,  **OF INMATE FILING FEE**

12  Defendants.

14 **TO: MARICOPA COUNTY SHERIFF JOSEPH M. ARPAIO**

Plaintiff John James Parsons, inmate #P920499, who is confined in the Fourth Avenue Jail, must pay the statutory filing fee of $350.00.  Plaintiff is not assessed an initial partial filing fee.  Plaintiff must pay the filing fee in monthly payments of 20% of the preceding month's income credited to Plaintiff's trust account.  Maricopa County Sheriff Joseph M. Arpaio or his designee must collect and forward these payments to the Clerk of Court each time the amount in the account exceeds $10.00.

**IT IS ORDERED:**

(1)  Maricopa County Sheriff Joseph M. Arpaio or his designee must collect the $350.00 filing fee from Plaintiff's trust account in monthly payments of 20% of the preceding month's income the account.  Payments must be forwarded to the Clerk of Court each time the amount in the account exceeds $10.00.  The payments must be clearly identified by the name and number assigned to this action.

(2)  Maricopa County Sheriff Joseph M. Arpaio or his designee must notify the Clerk of Court in writing when Plaintiff is released or transferred to a correctional

1  institution other than the Fourth Avenue Jail, so new billing arrangements may be made
2  to collect any outstanding balance.
3      (3) The Clerk of Court must serve by mail a copy of this Order on the
4  Maricopa County Sheriff's Office, Office of Inmate Legal Services, 201 S. Fourth
5  Avenue, Phoenix, Arizona, 85003.
6      (4) The Clerk of Court must forward a copy of this Order to Financial
7  Administration for the Phoenix Division of the United States District Court for the
8  District of Arizona. Financial Administration must set up an account to receive payments
9  on the filing fee for this action and must notify the Court when the filing fee is paid in
10 full.
11     DATED this 23rd day of May, 2013.

Robert C. Broomfield
Senior United States District Judge